UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JANE DOE ONE**,
**JANE DOE TWO**, and
**JANE DOE THREE**,

    Plaintiffs,　　　　　　　　　　　Case No. 16-12527
　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
v.

**MAYA'S OF MICHIGAN, LLC**,
**NEAM'S INC.**, and **HUSSEIN AHMAD**,

    Defendants.
_____/

## ORDER CONCERNING MOTION TO PROCEED UNDER PSEUDONYMS (ECF #6)

Plaintiffs have filed an *ex parte* motion to proceed in this action under pseudonyms (the "Motion"). (*See* ECF #6.) In the Motion, Plaintiffs also ask the Court to enter a proposed protective order restricting the disclosure of their identities. (*See id.*)

The Court declines to rule on the Motion on an *ex parte* basis. However, through this Order, the Court will preclude the disclosure of Plaintiffs' identities pending a final ruling on the Motion.

The Court directs Plaintiffs to serve the summons and complaint on all Defendants and to simultaneously serve a copy of this Order on all Defendants.

1

Plaintiffs shall then file a proof of service confirming that such service has been completed on all Defendants.

Defendants shall have fourteen days from the date of service in which to file a response to the Motion, if they wish to do so. Defendants shall not disclose Plaintiffs' identities (if known to Defendants) to anyone other than their counsel (who shall likewise make no disclosure of Plaintiffs' identities) unless and until this Court enters a written order permitting such disclosure or otherwise establishing the parameters of permitted disclosures. If Defendants refer to Plaintiffs' identities in filings with this Court, such filings shall be submitted under seal until further order of this Court.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 6, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 6, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113

2